**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **LEON DEVALL** | : | **DOCKET NO. 3:22-cv-03825** |
| **VERSUS** | : | **JUDGE JAMES D CAIN, JR.** |
| **ALLSTATE VEHICLE & PROPERTY INSURANCE CO** | : | **MAGISTRATE JUDGE KAY** |

## <u>JUDGMENT</u>

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 22], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Leon Devall's voluntary motion to dismiss without prejudice [doc. 21] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Chambers this 11th day of August 2023.

JAMES D. CAIN, JR., JUDGE
UNITED STATES DISTRICT COURT

- 1 -